```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  BRENT A. WHITTLESEY
    California Bar No.73493
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone:  (213) 894-2569
 9       Facsimile:  (213) 894-0142
         E-mail:     Brent.Whittlesey@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| UNITED STATES OF AMERICA, | No. 2:19-CV-00088-JLS (AFMx) |
|---|---|
| Plaintiff, | <u>FIRST AMENDED WARRANT</u> |
| v. | |
| $599,600.00 IN U.S. CURRENCY, | |
| Defendant. | |

   TO:  DEPARTMENT OF HOMELAND SECURITY – CUSTOMS AND BORDER PROTECTION:

   A First Amended Complaint for Forfeiture having been filed in this action,

   IT IS ORDERED that you seize the defendant, $599,600.00.00 in U.S. Currency, and cause the same to be detained in your

```
 1  custody, or in the custody of a Substitute Custodian, until
 2  further notice of the Court.
 3       YOU ARE FURTHER ORDERED to file this process in this Court
 4  with your return promptly after execution.
 5       DATED:    April 2, 2019
 6
 7
 8                                   KIRY K. GRAY, Clerk
 9
10                                   /s/ Jennylam
11                                   Deputy Clerk
```