Eric Honig (CSBN 140765)
LAW OFFICE OF ERIC HONIG
A Professional Law Corporation
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone:  (310) 699-8051
Fax:  (310) 943-2220

Attorney for Claimant
Nicholas Beugg

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  2:19-CV-0088-JLS (AFMx) |
| Plaintiff, | ) | |
| vs. | ) | VERIFIED CLAIM OF NICHOLAS BEUGG |
| $599,600.00 IN U.S. CURRENCY, | ) | |
| Defendants, | ) | |
| | ) | |
| NICHOLAS BEUGG, | ) | |
| Claimant. | ) | |

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, claimant Nicholas Beugg hereby claims and demands restitution as the owner of the defendant $599,600.00 in U.S. currency, and hereby claims the right to defend this action.

DATED:     May 3, 2019          Respectfully submitted,

LAW OFFICE OF ERIC HONIG

/s/ Eric Honig

_____
ERIC HONIG
Attorney for Claimant Nicholas Beugg

1

## **<u>VERIFICATION</u>**

2      I declare under penalty of perjury under the laws of the United States that the

3  foregoing is true and correct.

4

5  DATED: _____May 1_____, 2019

*Nicholas Beugg*

_____

NICHOLAS BEUGG

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA       )
                                ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is P.O. Box 10327, Marina del Rey, CA 90295.

On May 3, 2019, I served the foregoing document described as VERIFIED CLAIM OF NICHOLAS BEUGG on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Brent Whittlesey
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 N. Spring St.
Los Angeles, CA 90012

 X   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____  Via Hand-Delivery.

____  Via Federal Express/Express Mail.

____  Via Fax.

 X   Via E-mail.

Executed on May 3, 2019, at Marina del Rey, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Eric Honig

_____
ERIC HONIG

3