Eric Honig (CSBN 140765)
LAW OFFICE OF ERIC HONIG
A Professional Law Corporation
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

Attorney for Claimant
Nicholas Beugg

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>$599,600.00 IN U.S. CURRENCY,<br><br>              Defendants,<br><br>_____<br><br>NICHOLAS BEUGG,<br><br>              Claimant.<br>_____ | No. 2:19-CV-0088-JLS (AFMx)<br><br>AMENDED CERTIFICATE AS TO INTERESTED PARTIES |

     The undersigned counsel of record for Claimant Nicholas Beugg certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal: Nicholas Beugg; PieG.P., Inc.; U.S. Department of Homeland Security; Brea Police Department.

DATED:    May 3, 2019     Respectfully submitted,

                                            LAW OFFICE OF ERIC HONIG

                                            /s/ Eric Honig
                                            _____
                                            ERIC HONIG
                                            Attorney for Claimant Nicholas Beugg

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is P.O. Box 10327, Marina del Rey, CA 90295.

On May 3, 2019, I served the foregoing document described as AMENDED CERTIFICATE AS TO INTERESTED PARTIES on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Brent Whittlesey
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 N. Spring St.
Los Angeles, CA 90012

__X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ Via Hand-Delivery.

_____ Via Federal Express/Express Mail.

_____ Via Fax.

_____ Via E-mail.

Executed on May 3, 2019, at Marina del Rey, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Eric Honig
_____
ERIC HONIG