NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY
California Bar No. 73493
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: brent.whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$599,600.00 IN U.S. CURRENCY,<br><br>    Defendant.<br><br>NICHOLAS BEUGG,<br><br>    Claimant. | No. CV 2:19-CV-00088-JLS(AFMx)<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF RELATED CRIMINAL INVESTIGATION** |

    Pursuant to the Court's Order filed May 21, 2019, based upon the parties' stipulation therefor, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending the conclusion of an ongoing criminal investigation related to this civil forfeiture case. The Court's Order instructed the government to file reports every ninety (90) days, commencing August 20, 2019, regarding the status of

the related criminal investigation.  Accordingly, the government is hereby submitting this report regarding the status of the related criminal investigation.

The criminal investigation by the Department of Homeland Security is ongoing and has not yet been concluded.  Accordingly, the government believes that it is appropriate for the Court to maintain the stay of this action at the present time.

Pursuant to the Court's Order filed May 21, 2019, the government will submit its next status report within 90 days of the filing of this status report (i.e., by May 14, 2020).

Dated:  February 13, 2020     Respectfully Submitted

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

          /s/
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2